UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | 1:12-cr-127 |
| v. | ) | |
| | ) | Judge Collier/Lee |
| | ) | |
| CARLOS FALLINS | ) | |

## O R D E R

On the petition of the United States of America by William C. Killian, United States Attorney for the Eastern District of Tennessee, it is hereby

ORDERED that the Clerk of this Court be and is hereby instructed to issue a writ of <u>habeas corpus ad prosequendum</u> to the Sheriff, Hamilton County Jail, Chattanooga, Tennessee, requiring said Sheriff to have Carlos Fallins before this Court at **2:00 p.m. on the 11th day of October, 2012**, for a hearing and to have him here each day thereafter until said case is disposed of, and upon completion of the case, to return him to the Sheriff, Hamilton County Jail, Chattanooga, Tennessee, and it is further

ORDERED that in the event the Sheriff so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy Marshal, is directed to receive said Carlos Fallins into his custody and transport him from his place of current incarceration to appear before this Court for the aforesaid purpose.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE